## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

LEGG                              v. BOULEVARD APARTMENTS          No. 06-1053-JM(NLS)

HON. LEO S. PAPAS        CT. DEPUTY TRISH LOPEZ         Rptr.  9:09 - 9:21

Attorneys

Plaintiffs                                              Defendants

AMY VANDEVELD


Plaintiff's Motion for Appointment of Guardian Ad Litem (19-1) is GRANTED.

Plaintiff's Petition for Authorization for Establishment of Special Needs Trust (20-1) is GRANTED.

Plaintiff's Petition for Approval of Minor's Compromise (21-1) is GRANTED.


DATED:  September 5, 2007

_____
Hon. Leo S. Papas
U.S. Magistrate Judge