IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LEGG,<br><br>        Plaintiff,<br><br>vs.<br><br>BOULEVARD APARTMENTS, LTD., A CALIFORNIA LIMITED PARTNERSHIP and DOES 1 THROUGH 10, Inclusive,<br><br>        Defendants. | Case No.: 06 CV 1053 JAH (NLS)<br><br>**ORDER GRANTING MOTIONS FOR APPOINTMENT OF GUARDIAN AD LITEM (19-1), FOR ESTABLISHMENT OF SPECIAL NEEDS TRUST AND TRANSFER OF FUNDS TO TRUST (20-1), FOR APPROVAL OF MINOR'S COMPROMISE (21-1)** |

    On September 5, 2007, the Court held a hearing on Plaintiff's Motions for Appointment of Guardian ad Litem (19-1), for Authorization for Establishment of Special Needs Trust (20-1) and for Approval of Minor's Compromise (21-1). The Court, having reviewed the papers submitted by counsel, and there being no opposition thereto, HEREBY ORDERS:

    Plaintiff's Motions for Appointment of Guardian ad Litem (19-1), for Authorization for Establishment of Special Needs

\\

\\

\\

1

Trust (20-1) and for Approval of Minor's Compromise (21-1)are GRANTED.

IT IS SO ORDERED.

DATED: September 28, 2007

Hon. Leo S. Papas
U.S. Magistrate Judge