# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LEGG, a minor, by and through his Guardian Ad Litem, BUNNY B. LEGG,<br><br>　　　　　　　　　　　　　　Plaintiff,<br>　　vs.<br>BOULEVARD APARTMENTS and DOES 1 THROUGH 10, Inclusive,<br><br>　　　　　　　　　　　　　　Defendants. | CASE NO. 06 CV 1053 JM (NLS)<br><br>**ORDER OF DISMISSAL** |

**IT IS HEREBY ORDERED,** that Magistrate Judge Nita L. Stormes or any other Magistrate Judge appointed by the Court, shall retain jurisdiction over all further proceedings in this matter including, but not limited to, interpretation and enforcement of the terms of the Settlement Agreement. The Settlement Agreement's terms are hereby incorporated in this Order.

It is further ordered that the Complaint in USDC Case No. 06 CV 1053 JM (NLS) is hereby dismissed in its entirety and with prejudice. The Parties shall each bear its, his or her own costs and fees, except as otherwise set forth in the Settlement Agreement, which is incorporated herein by reference**.**

**IT IS SO ORDERED.**

DATED: November 2, 2007

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

CC:　　　All parties